McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>JAMES RAMIREZ,<br><br>                      Defendant. | Case No. 1:20-po-00166-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and moves to vacate the trial date of September 25, 2020 at 1:30pm.

DATED:  September 9, 2020                         Respectfully submitted,

                                                                         McGREGOR W. SCOTT
                                                                         United States Attorney

                                                    By:     /s/ Philip N. Tankovich__
                                                                         PHILIP N. TANKOVICH
                                                                         Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the trial date of September 25, 2020 at 1:30pm is vacated.

IT IS SO ORDERED.

Dated:   **September 9, 2020**

UNITED STATES MAGISTRATE JUDGE